**FILED**

07/22/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0227

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0227

DOYLE LEE,

      Plaintiff/Appellant

  v.

LITHIA CDH, INC. d/b/a LITHIA
CHRYSLER DODGE JEEP RAM FIAT OF
HELENA,

Defendants/Appellees.

**ORDER GRANTING
EXTENSION OF TIME**

      Upon motion of counsel, the Appellant is granted until and including August 24th, 2021 to file their Opening Brief in this matter.

      Dated this 22nd day of July, 2021.

Bowen Greenwood

Clerk of Supreme Court